■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE DULAC, Appellant. [619 NYS2d 1005]—Case held, decision

reserved and matter remitted to Niagara County Court for further proceedings in accordance with the following Memorandum: The People candidly concede that, because the record does not establish whether defendant was present at a *Sandoval* conference, the case must be remitted to Niagara County Court for a reconstruction hearing to expand the record and to determine whether defendant was present *(see, People v Michalek,* 82 NY2d 906; *People v James,* 207 AD2d 1028; *People v Mitchell,* 189 AD2d 337). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Sodomy, 1st Degree.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.